UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                              In Bankruptcy

**MICHELE GREEN**                                   *Case No.: 10-63193-PJS*
                                                    *Chapter 7*
                                                    *Honorable PHILLIP J. SHEFFERLY*

_____Debtor (s)_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.92 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| American Infosource as Agent for WFNNB/Crate & Barrell PO Box 248872 Oklahoma City, OK 73124 | 1 | $3.92 |

Dated: June 18, 2011

/s/ BASIL T. SIMON (P26340)\_\_\_
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com